```
                                   UNITED STATES DISTRICT COURT
                                   SOUTHERN DISTRICT OF FLORIDA

                                   CASE NO. 08-22481-CIV-SEITZ
                                   MAGISTRATE JUDGE P.A. WHITE

TODD CARLTON SMITH,            :

     Plaintiff,                :

v.                             :       REPORT OF
                                       MAGISTRATE JUDGE
                               :

SECRETARY, FLORIDA DEPARTMENT  :
OF CORRECTIONS,

     Defendant.                :
```

This Cause is before the Court upon the plaintiff Todd Carlton Smith's Motion Requesting Injunctive Order and/or Amendment of Judgment. [DE# 56].

This Cause is pending on the Complaint [DE# 1], including supplemental exhibits [DE#'s 5, 41 and 43] and supplemental prayer for relief [DE# 32]. The Honorable Patricia A. Seitz has denied the defendant's Motion to Dismiss [DE# 36 - Order], and the defendant has filed no further responsive pleading to the Complaint.

The plaintiff now seeks an Order directing that he be transferred from the Kansas Department of Corrections to a Federal prison. He states that he is "will[ing] to settle this matter out of court and dismiss the complaint if this court will enter an injunctive order and/or [amend] the sentencing order for the plaintiff to serve his remaining state and federal sentences in the Federal B.O.P."

This motion should be denied because this Court cannot order the defendant, the Secretary of the Florida Department of Corrections, to transfer the plaintiff the plaintiff from Kansas to a federal prison.  In addition, the plaintiff's request for such an injunctive order, in the abstract, is raised in the posture of an attempted negotiation with this Court, which is improper.  The parties may engage in settlement negotiations; the plaintiff cannot seek to negotiate with this Court.  Finally, the plaintiff may not seek an amendment of the sentencing order in his federal criminal case in this civil action.

Based on the foregoing, it is recommended that the plaintiff's Motion Requesting Injunctive Order and/or Amendment of Judgment [DE# 56] be denied.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

It is so recommended at Miami, Florida, this 8th day of June, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Todd Carlton Smith, Pro Se
     No. 26465-004
     Hutchinson Correctional Facility
     P. O. Box 1568
     Hutchinson, KS 67504-1568

     Kathleen M. Savor, Esq.
     Assistant Attorney General
     OFFICE OF THE ATTORNEY GENERAL
     110 S.E. 6th Street, 10th Floor
     Fort Lauderdale, FL 33301