UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-22481-CIV-SEITZ/WHITE

TODD CARLTON SMITH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendants.
_____/

## ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report and Recommendation of Magistrate Judge Patrick A. White [DE-55] on *pro se* Plaintiff Todd Smith's Motion for Preliminary Injunctive Relief against non-party Kansas Department of Corrections [DE-34]. Plaintiff seeks an Order, directed towards the Kansas Department of Corrections, permitting him to retain his legal materials while in Kansas state custody.

Magistrate Judge White recommends denying Plaintiff's Motion, given the fact that: (1) a district court generally lacks subject matter jurisdiction to issue injunctive relief against non-parties, such as the Kansas Department of Corrections; and (2) Plaintiff, who seeks preliminary injunctive relief, has failed to meet his burden to demonstrate the requisite element of "irreparable injury." *See Bowman v. Crosby*, 2005 WL 1278173, * at 1 (N.D. Fla. 2005) ("persons from whom injunctive relief is sought must be parties to the underlying action") (citing *In re Infant Formula Antitrust Litigation, MDL 878 v. Abbott Laboratories*, 72 F.3d 842, 843 (11th Cir. 1995)); *Four Seasons Hotels And Resorts, B.V. v. Consorcio Barr, S.A.*, 320 F.3d 1205, 1210 (11th Cir. 2003) (moving party must demonstrate substantial likelihood of success on the merits, irreparable injury, that threatened injury outweighs damage to opposing party, and that injunction would not be adverse to public interest). Plaintiff has filed no objections to the Report and Recommendation.

The Court has carefully reviewed, *de novo*, the Report and Recommendation and the pertinent record, and fully agrees with the Magistrate Judge's well-reasoned analysis of Plaintiff's Motion. Therefore, based on the conclusions set forth in the Report and Recommendation, it is hereby

ORDERED THAT

(1)     The Report and Recommendation [DE-55] is AFFIRMED AND ADOPTED.

(2)     Plaintiff's Motion for Preliminary Injunctive Relief [DE-34] is DENIED.

DONE and ORDERED in Miami, Florida, this 30th day of June, 2009

                                      PATRICIA A. SEITZ
                                      UNITED STATES DISTRICT COURT

cc:
Magistrate Judge White
Counsel of Record