**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 08-22481-CIV-SEITZ/WHITE**

TODD CARLTON SMITH,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendants.

_____/

## ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon the Report and Recommendation of Magistrate Judge Patrick A. White [DE-59]. On May 15, 2009, *pro se* Plaintiff Todd Smith filed a Motion for Preliminary Injunctive Relief [DE-56]. Plaintiff seeks an Order, directed towards the Florida Department of Corrections (the "Florida DOC"), transferring him from the Hutchinson Correctional Facility (in Hutchinson, Kansas) to a federal facility in Florida state.

Magistrate Judge White recommends denying Plaintiff's Motion, given the fact that: (1) this Court lacks jurisdiction to compel the Florida DOC to effect the requested transfer; and (2) Plaintiff's Motion is impermissibly raised as a settlement negotiation with the Court and Florida DOC. Plaintiff has filed no objections to the Report and Recommendation.

The Court has carefully reviewed, *de novo*, the Report and Recommendation and the pertinent record, and will adopt the Magistrate Judge's recommendation and analysis. Based on the conclusions set forth in the Report and Recommendation, it is hereby

ORDERED THAT

(1)      The Report and Recommendation [DE-59] is AFFIRMED AND ADOPTED.

(2)      Plaintiff's Motion for Preliminary Injunctive Relief [DE-56] is DENIED.

DONE and ORDERED in Miami, Florida, this 2nd day of July, 2009

PATRICIA A. SEITZ
UNITED STATES DISTRICT COURT

cc:
Magistrate Judge White
Counsel of Record