UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-22481-CIV-SEITZ/WHITE

TODD CARLTON SMITH,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendants.
_____/

## ORDER ADOPTING AND AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND CLOSING CASE

THIS MATTER is before the Court upon the Report and Recommendation of Magistrate Judge Patrick A. White [DE-111], to which no party has filed an objection. Magistrate Judge White recommends (1) granting Defendant's Motion For Summary Judgment [DE-92] on Plaintiff's claims under 42 U.S.C. § 1983 and for breach of contract (2) denying Plaintiff's Motion For Summary Judgment [DE-57], and (3) denying Plaintiff's petition for preliminary injunction [DE-85].[1]

Specifically, Judge White recommends granting summary judgment to the Defendant on Plaintiff's § 1983 claim because (1) Plaintiff has not produced evidence as to the identity of the Florida Department of Corrections ("FDOC") official who leaked information about the nature of Plaintiff's previous gang activities to Kansas Department of Corrections ("KDOC") officials, (2) Plaintiff has failed to present evidence that FDOC would have violated Interstate Corrections Compact ("ICC") policies by disclosing Plaintiff's previous gang activities to KDOC officials; (3) Plaintiff has not presented evidence that a KDOC official leaked that information to the inmate population at large; and, (4) the record evidence indicates KDOC has taken steps to protect Plaintiff at all times he has believed to be at risk and does not indicate FDOC officials have been deliberately indifferent to his safety. As dismissal of the § 1983 claim eliminates all federal claims from this

---

[1] Judge White also recommends (1) granting Plaintiff's Motions to File Excess Pages [DE-101] and to Supplement Exhibits [DE-107] because Judge White considered those pages and exhibits, and (2) denying Plaintiff's Motion Requesting A Hearing And Oral Argument [DE-106].

action before trial, Judge White also recommends dismissal of Plaintiff's pendant breach of contract claim.[2]

Because he recommends granting Defendant's Motion For Summary Judgment, Judge White also recommends denying Plaintiff's remaining dispositive motions. He recommends denying Plaintiff's petition for preliminary injunctive relief because Plaintiff cannot show a substantial likelihood of success on the merits of his claims and denying Plaintiff's Motion For Summary Judgment.

The Court has carefully reviewed, *de novo*, the Report and Recommendation and the pertinent record, and will adopt the Magistrate Judge's recommendation and analysis. Based on the conclusions set forth in the Report and Recommendation, it is hereby

ORDERED THAT

(1)   The Report and Recommendation [DE-111] is AFFIRMED AND ADOPTED.

(2)   Plaintiff's Motion For Leave To File Excess Pages [DE-101] and Motion To Supplement Exhibits are GRANTED [DE-107]. Defendant's Motion To Strike Supplemental Exhibits [DE-109] is DENIED.

(3)   Defendant's Motion For Summary Judgment [DE-92] is GRANTED.

(4)   Plaintiff's Motion For Summary Judgment [DE-57] is DENIED.

(5)   Plaintiff's Petition For Preliminary Injunction [DE-85] is DENIED.

(6)   Plaintiff's Motion Requesting A Hearing And Oral Argument [DE-106] is DENIED.

(7)   This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 4th day of February, 2010.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT COURT

cc:
Magistrate Judge White
Counsel of Record

---

[2] A mechanical error on page 17 of the Report and Recommendation makes a portion of that page unclear, but that portion appears to state that pendent jurisdiction "is a doctrine of discretion, not of plaintiff's right." The Court agrees that this is a correct statement of the law.